# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ASA MILLER,<br><br>                      Plaintiff,<br>     v.<br><br>LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense; CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy,<br><br>                      Defendants. | Case No. 4:22-cv-01739 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Asa Miller ("**Plaintiff**") and Defendants Lloyd J. Austin, III, in his official capacity as Secretary of Defense, U.S. Department of Defense and Carlos Del Toro, in his official capacity as Secretary of the Navy, Department of the Navy ("**Defendants**") (Plaintiff and Defendants collectively the "**Parties**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on May 27, 2022, Asa Miller, a member of the Navy, filed a complaint for declaratory and injunctive relief in the above-captioned action alleging causes of action for violations of the Administrative Procedures Act, 5 U.S.C. § 551, et seq., 10 U.S.C. § 1107(a)(1), and 21 U.S.C. 360bbb-3 (the "**Lawsuit**");

**WHEREAS**, Plaintiff and Defendants, through their respective counsel, have engaged in FRE 408 protected settlement discussions to amicably resolve the Lawsuit as stated herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, by and through their respective counsel, that:

Joint Stipulation of Dismissal
4:22-cv-01739
06.21.2022

1. The Lawsuit is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs, attorney fees, and expenses; and

2. This stipulation may be signed in counterparts, and that electronic (PDF) signatures may be deemed originals for all purposes.

Dated: June 21, 2022

**SIRI & GLIMSTAD LLP**

By: /s/ Ursula Smith
Aaron Siri (*Pro Hac Vice*)
Elizabeth A. Brehm (*Pro Hac Vice*)
200 Park Avenue
Seventeenth Floor
New York, NY 10166
Telephone: 212-532-1091
Facsimile: 646-417-5967
aaron@sirillp.com
ebrehm@sirillp.com

Ursula Smith (Texas Bar No. 24120532)
Wendy Cox (*Pro Hac Vice*)
100 Congress Avenue
Suite 2000-4590
Austin, TX 78701
Telephone: 512-265-5622
Facsimile: 646-417-5967
usmith@sirillp.com
wcox@sirillp.com

**Chris Wiest, Attorney at Law, PLLC**

Christopher Wiest (*Pro Hac Vice* to be filed)
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Ste. 104
Crestview Hills, Kentucky 41017
Tel: (513) 257-1895
chris@cwiestlaw.com

*Attorneys for Plaintiff*

Dated: June 21, 2022　　　　　　　　　By: __JULIE REDLINGER__
　　　　　　　　　　　　　　　　　　　　Julie Redlinger
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 2300
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　Office: 713-567-9779
　　　　　　　　　　　　　　　　　　　　julie.redlinger@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

(Digitally signed by JULIE REDLINGER, Date: 2022.06.21 13:30:37 -05'00')

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by CM/ECF, this 21st day of June, 2022.

　　　　　　　　　　　　　　　　　　　　/s/ *Ursula Smith*
　　　　　　　　　　　　　　　　　　　　Ursula Smith
　　　　　　　　　　　　　　　　　　　　(Texas Bar No. 24120532)