UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

June 22, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Asa Miller, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-22-1739 |
| | § | |
| Lloyd J. Austin, III, et al., | § | |
| | § | |
| Defendants. | § | |

## Final Dismissal

On the agreement of the parties, the case is dismissed. (16)

Signed on June **22**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge